ACCEPTED
12-1400352-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/14/2015 11:06:40 AM
CATHY LUSK
CLERK

## NO. 12-1400352-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **12th COURT** |
| | § | |
| **DAVID LYNN SELLERS** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/14/2015 11:06:40 AM
CATHY S. LUSK
Clerk

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes David Lynn Sellers, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. Appellant has signed a letter of his intent to dismiss the appeal, and has sworn under oath in the 392ND Judicial District Court his desire to no longer appeal.

The letter indicating that the Appellant no longer wishes to pursue appeal is attached hereto.

Respectfully submitted,

CHRISTOPHER D TINSLEY PC
PO Box 832
115 B E. Tyler
Athens, Texas 75751
Tel: (903) 677-1802
Fax: (903) 677-1850

By: _____

Christopher D. Tinsley
State Bar No. 24028753
chris@tinsleypc.com
Attorney for David Lynn Sellers

## CERTIFICATE OF SERVICE

This is to certify that on January 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, Texas, by facsimile.

_____

Christopher D. Tinsley

**STATE OF TEXAS** §
§
**COUNTY OF HENDERSON** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Christopher D. Tinsley, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Christopher D. Tinsley
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 13th, 2015, to certify which witness my hand and seal of office.

TONYA D. HELMIG
Notary Public, State of Texas
My Commission Expires
March 10, 2015

_____
Notary Public, State of Texas

# CHRISTOPHER D. TINSLEY, P.C.

## ATTORNEY AND COUNSELOR AT LAW

117 E. Tyler • P.O. Box 750 • Athens, Texas 75751
PHONE: 903-677-1802 • FAX: 903-677-1850

January 7, 2015

Re:   Case No: 12-1400352-CR, 12-14-00353-CR

Style: David Lynn Sellers
     v.
     The State of Texas

I, David Lynn Sellers hereby authorize Christopher D. Tinsley to dismiss my pending appeals Case No: 12-1400352-CR, 12-14-00353-CR, in the Twelfth Court of Appeals. I no longer wish to pursue an appeal of my convictions regarding Case No: 12-1400352-CR, 12-14-00353-CR, in the 392nd Judicial District Court, Henderson County, Texas.

Date 1-12-15

David Lynn Sellers